Commonwealth *v.* Saphire, Appellant.

Argued December 10, 1973. *Brian E. Appel,* with him *Segal, Appel & Natali,* for appellant; *Robert A. Longo,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Staton, Appellant.

Submitted December 6, 1973. *Lee Espey* and *John W. Packel,* Assistant Defenders and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.